ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 14 2000
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| ALLAN ZISHKA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3-98-CV-0660-M |
|  | ) (Consolidated with 3-98-CV-1072-H) |
| AMERICAN PAD & PAPER, COMPANY, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS OF THE BAIN DEFENDANTS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(A), Defendants Bain Capital, Inc., Robert C. Gay, Jonathan S. Lavine, and Marc B. Wolpow (collectively, the "Bain Defendants") respectfully move to dismiss the Amended Complaint for failure to state a claim against them upon which relief can be granted. In support of the instant motion, the Bain Defendants incorporate herein by reference their Memorandum of Law submitted herewith.

Respectfully submitted,

*[signature]*

| | |
|---|---|
| John D. Donovan, Jr.<br>Mass. Bar No. 130095<br>Michele T. Perillo<br>Mass. Bar. No. 629343<br>  ROPES & GRAY<br>  One International Place<br>  Boston, MA  02110<br>  (617) 951-7000 | Lee L. Cameron, Jr.<br>Texas State Bar No. 03675380<br>  WILSON, ELSER, MOSKOWITZ, EDELMAN<br>  & DICKER LLP<br>  5000 Renaissance Tower<br>  1201 Elm Street<br>  Dallas, Texas 75270<br>  (214) 698-8000 |

ATTORNEYS FOR THE
BAIN DEFENDANTS

Dated:  December 14, 2000

## CERTIFICATE OF SERVICE

I, Lee L. Cameron, Jr., hereby certify that on this 14th day of December 2000, true and correct copies of the Motion to Dismiss of the Bain Defendants were served upon all counsel of record as follows:

Kirk B. Hulett
MILBERG WEISS BERSHAD HYNES & LERACH, L.L.P.
600 West Broadway, Suite 1800
San Diego, CA 92101
(U.S. First Class Mail)

Marc R. Stanley
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
(U.S. First Class Mail)

Robert J. Hill
KILGORE & KILGORE, INC.
700 McKinney Place
3131 McKinney Avenue, L.B. 103
Dallas, TX 75204-2472
(U.S. First Class Mail)

Stephen A. Whinston
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(U.S. First Class Mail)

Patricia J. Villareal
Terence M. Murphy
Britt K. Latham
JONES, DAY, REAVIS & POGUE
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2958
(Overnight Delivery)

Robin C. Gibbs
Kathy D. Patrick
Jeffrey J. Cotner
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
(U.S. First Class Mail)

James W.B. Benkard
Frances E. Bivens
DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
(Overnight Delivery)

Ernest E. Figari
FIGARI & DAVENPORT
4800 NationsBank Plaza
901 Main Street, LB125
Dallas, TX 75208-3796
(U.S. First Class Mail)

Richard H. Klapper
Penny Shane
Matt West
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004-2498
(Overnight Delivery)

Sanford F. Remz
HUTCHINS, WHEELER & DITTMAR
101 Federal Street
Boston, MA 02110
(U.S. First Class Mail)

John M. Edgar
BRYAN CAVE, L.L.P.
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64141-6914
(U.S. First Class Mail)

Stephen R. Basser
BARRACK, RODOS & BACINE
Attorneys at Law
Suite 1700
600 West Broadway
San Diego, CA 92101
(U.S. First Class Mail)

                                    Lee L. Cameron, Jr.